## Exhibit A to the Complaint

**Location:** Queens, NY  
**Total Works Infringed:** 40  

**IP Address:** 98.14.195.229  
**ISP:** Spectrum  

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5DB3EEC26EF12460115C504277E405074F32DE01<br>File Hash:<br>18A7C1FAF876A31D9B5DA6C4899D7D745E20B047A006CD870D9768094BAE37F7 | 04/05/2024 06:43:49 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 2 | Info Hash: E8624225D2E6123709A1856A34FE2155AA338637<br>File Hash:<br>45E5D75621E6DAF5CA0B23088814389EFF29F90710981C4F6450C5E2EC096F43 | 04/05/2024 02:57:47 | Blacked | 04/03/2024 | 04/10/2024 | PA0002464919 |
| 3 | Info Hash: 2E36028140C3B59CBAF9CA7AE88EA1CE9C2AA475<br>File Hash:<br>7FD8B61D7F8EB0834DC3DC281A141324E1028A34D004E6347B49F67DF9D216C7 | 04/03/2024 02:54:28 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 4 | Info Hash: 364A19EF10D649C368846E2117BF63471DD67775<br>File Hash:<br>DDAA767B9440ED5595F29519C1611738597081079C027B0117E9E3BEFA0ED13E | 04/02/2024 03:20:03 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 5 | Info Hash: 9900994D9F711DC57B56FAF357ABDE84F4D562AE<br>File Hash:<br>D1E3B241595C6CB921A25329247C372EDEE91F8B6C25DE52F8342D92E66ABE5C | 03/30/2024 00:25:29 | Blacked Raw | 02/23/2023 | 03/06/2023 | PA0002399998 |
| 6 | Info Hash: DA41F73C20EF0639FA92F3B337C2B4868D4CC850<br>File Hash:<br>8B00908F5E5FD92AE1B9014EBC89F17A5BE461176EEB6597D59D6A1834C5E6AB | 03/30/2024 00:22:47 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 7 | Info Hash: BA0743F03F29FFB859532AC5AC683D644A511C4E<br>File Hash:<br>3DED21746296051BC343A633E52D654149CCD2E78F8650C588F093353CB66778 | 03/30/2024 00:22:46 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 8 | Info Hash: F8FE81F680EDAD9FFD37D4D006925B3D8AD32E91<br>File Hash:<br>BB46296C584730AEC8C534875F41BB58C2FE597208CDBD8383786C39B3A2D977 | 03/30/2024 00:22:01 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 9 | Info Hash: 34E523B6E9E47BA0C46CD61AE69F8642495FF64D<br>File Hash:<br>737EB9626A12898E8D59BE7AB4FAA123982A16A44E403B31C528C15FB3CBA751 | 03/30/2024 00:01:02 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 10 | Info Hash: 763733FFB835D55809C044CBDFDAD947A58F1FA0<br>File Hash:<br>030321D1C2B27EE08835A6E1A3146753DA82E054FBD2DE77907C2EF7A9C9F0FA | 03/29/2024 05:09:01 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |
| 11 | Info Hash: 122A3163B554E3CE9EBA1DE94DF57BC99FC16614<br>File Hash:<br>C55134191B5A841BA2DAA30584F6916BF1EF764D3D342A5723369485A4336990 | 03/25/2024 21:17:37 | Blacked | 03/24/2024 | 04/10/2024 | PA0002464917 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 0D154A56CDFCF64390FA39916799A327F710223B<br>File Hash: 0640E508C614C471818B2B1AF4498B1CD6A602D23D73EB1C9AE1A49ADE5E812F | 03/25/2024 21:16:43 | Blacked Raw | 03/25/2024 | 04/11/2024 | PA0002464925 |
| 13 | Info Hash: 2B7F549BECB75642E695F0750A19C46D99967CBE<br>File Hash: E7A10DCF4470C9AE485F74661360600D1AAB3BC3D85F3F62F0C4106AA16C9848 | 03/24/2024 01:23:31 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 14 | Info Hash: 3A4FE1FC6E687091A4360806D00101F224E25D7B<br>File Hash: 42B80DAE9E9457C86FA4CC6F19245D187F5FC74B3BAAD4071960736FC276262F | 03/21/2024 03:27:45 | Blacked | 03/19/2024 | 04/10/2024 | PA0002464916 |
| 15 | Info Hash: B40DB0D86FA2E538543B9F12ED2C816BE69E3DCA<br>File Hash: FE921A9B05FDF06816815504BAC928C0695DFC56AEB8B47FA388D09453A7DDAC | 03/12/2024 22:51:18 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |
| 16 | Info Hash: EBDE6D03A0BC9D7055C59C7DB9C8E2B7981E9C75<br>File Hash: BC75FCAAEC3F328AD531152B1C786E20411B74CBDCC0BA9CE40179C35594B55A | 03/12/2024 03:33:51 | Blacked Raw | 03/11/2024 | 04/10/2024 | PA0002464921 |
| 17 | Info Hash: 9F813D5658EA0C0AD675F26CE036D0218A2D89AF<br>File Hash: 9FB40216C62C6A97DEB402569C0CDB191938C3BCB64D8505F748789243513AEE | 03/07/2024 17:36:01 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 18 | Info Hash: 38B249C3FE818665F8A5E11C86BC79C664978322<br>File Hash: A61179377C129761A3C2CA88C308CFE7E2280BC104B9B19B278EBD29DA981C81 | 03/06/2024 16:09:23 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 19 | Info Hash: 8D286AE8536955AA5605DA58D4571C75D916D88C<br>File Hash: E8C7745E3AD6252B980C9C513369CF29041397F411D595548C7F2BAD9B1FB52A | 03/04/2024 05:12:04 | Blacked | 09/24/2022 | 10/05/2022 | PA0002373769 |
| 20 | Info Hash: 47814DC7529E5C5290FB11F6724478F41E528474<br>File Hash: 3CE52222BDDD9B4BC911D896ECACF00BFFB3142D3AA02E69213D1D606923F337 | 03/03/2024 00:06:26 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 21 | Info Hash: B5555198E3F5A02914996776EA40B9B11A2A8FCF<br>File Hash: F448ACD866363F5B41F094BCC5FCE92426ED188EF0FDFC8B93F4F4A2F6A81324 | 02/27/2024 03:57:02 | Blacked | 02/24/2024 | 03/11/2024 | PA0002459135 |
| 22 | Info Hash: 49243B76FAD5DEA5FE184E49C2642CEB9C7E6E5C<br>File Hash: F86A5E53299D37525537715DF01A038E4F77A5DE5D96E529D2650F09AC518773 | 02/27/2024 03:20:21 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 23 | Info Hash: AFB586E05E65A81111F9B2DBA6754CA05F3606CC<br>File Hash: 2997EF57406F7489732EFC8CBD7767E709303EBDCB74643AF314BA30CDF75341 | 02/23/2024 02:08:51 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4D00C768B493515D9BF53412976AAF920961C035<br>File Hash:<br>573AB508E6FD0BD4C7AB73F616F738792DA707D7F4FBCA3A4603E1C51499AE78 | 02/17/2024 21:03:57 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 25 | Info Hash: B20991EE471102752AA07BA8865EF23009B0E5E9<br>File Hash:<br>9596D541877ABDD38B4EF88E02C96A9B79EC8D614C269118C8AC0F468FA6D5EF | 02/17/2024 06:29:41 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 26 | Info Hash: 83D82D7EFA0331378730F7EA62FBCD03BB03F840<br>File Hash:<br>B88FB2186537D91E0A3EB451217D8EC9943B29D4D3631A70A2EC532FA16EA4F0 | 02/09/2024 21:36:18 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 27 | Info Hash: 391D6421F726799F7DAC6DE55BAB2CE73F596EA9<br>File Hash:<br>0A2CD67725E7320293C209ADCBD86AB952A82F37367F604C621957FEB33FB32C | 01/26/2024 05:07:58 | Blacked | 01/06/2024 | 01/16/2024 | PA0002449249 |
| 28 | Info Hash: EEF6BD8931FE8BE45160EE58DFA431E5FBC541FC<br>File Hash:<br>4D14585EF30C2CB1F26FE641D9C91CB0662CED108EC60107B0BB9722E8562EE5 | 01/16/2024 07:53:48 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |
| 29 | Info Hash: 1092938D67D8584BFB420D017492A2CD22604AEA<br>File Hash:<br>805BA6AA3196A7E5D7127900AC49D935B7D52F2F18DE493FF0170DDA8488573E | 01/14/2024 07:19:44 | Blacked | 01/13/2024 | 02/13/2024 | PA0002454785 |
| 30 | Info Hash: 5AAB2FE797E7E5B3E5592DF33A7AE4F8FC497589<br>File Hash:<br>76E766A21307FC5239C704973AFCF4303D7BC5206DC79EBEA6C90044C73672BE | 01/12/2024 10:06:49 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 31 | Info Hash: CBD2B9F209527255C663A401AA72FE134D1ACBF2<br>File Hash:<br>DB5C104B188F90FB2DFD20C899DA23A76FE18F7E89D7597F487E2DB23ADB66E2 | 01/09/2024 05:02:19 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |
| 32 | Info Hash: 4F9308D2E582A0DF065668F3552DE11C54A4525D<br>File Hash:<br>7D64341FF164867AF944C0D0BCFEE36BF353738247E80ADBE376AA8F7711F8E7 | 01/07/2024 06:04:45 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 33 | Info Hash: 929CC76440169530C47B5BA147D02A537DC4B1B6<br>File Hash:<br>AB4B0C004A410DE1384355CE676E5342A0B2EB7D9D8BD03AB5F73DA274E048E2 | 12/31/2023 07:07:41 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 34 | Info Hash: C48A7446A0A5894AE6EF058A90E788A86E25C0E3<br>File Hash:<br>A0E32EE7CF6802ED8BF43187B32333CA05E3EE566B06C6FF264DCF1EF52BB982 | 12/27/2023 07:18:24 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 35 | Info Hash: 8446CF3985B6C5F499785FE97DC2C918847AFA1B<br>File Hash:<br>37EC319A4AB554A295513359F84B1CC61166E7BA5A153302B2DEB51ED6A27CC2 | 12/25/2023 06:45:18 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 7CDC219C996CED2C55F18B8A2E768AB2A83DEF23<br>File Hash: 64444F886B50B39524B1EA7C36274698CEDCC937D569BE82B8DE18EBC7615A8C | 12/20/2023 06:15:34 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 37 | Info Hash: B73D07A21152BFE14A4C225FF26C0BC8A940EC74<br>File Hash: D9B529889D86AC08456D373083E47BF9CFDC61F33E3F199020F69FF5BA183754 | 12/12/2023 00:22:06 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 38 | Info Hash: 3D50B616FE51D17CC6BB1C75F02EEFE88B238BB5<br>File Hash: F7FC210A1C0B0617A5A27990231838AF264F6B104F032E6143EF49375AD788B6 | 12/09/2023 07:04:36 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 39 | Info Hash: 3B876C41BEBD20D1CFB20C048F780E3ECB4F48B1<br>File Hash: B8AE26FEF8A58F678801A82F213C43862B8388819E20E890D0D1B56571501AC9 | 12/08/2023 13:31:43 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 40 | Info Hash: 778C4927F6640BA60C27E7B5090A1041C33D256B<br>File Hash: FCFB3213FF1BF791A0E7BE0C764B9F64FA86D5AF2CF3FF131D94388C5F066233 | 12/05/2023 03:38:53 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |